# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Zouhary, Jack | 2. Court or Organization<br><br>District Court, Northern District of Ohio | 3. Date of Report<br><br>5/8/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge / Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Denver / Institute for the Advancement of the American Legal System | 5-22 - 5/23/2013 | Denver, CO | ACTL Task Force Meeting | Flight; hotel; transportation; meals; mileage; parking |
| 2. | American Bar Association | 10/22 - 10/24/2013 | Boston, MA | ABA National Institute on Class Action | Flight; hotel; transportation; meals; mileage; parking |
| 3. | University of Denver / Institute for the Advancement of the American Legal System | 11/20 - 11/21/2013 | Denver, CO | IAALS Rule One Strategic Session | Flight; hotel; transportation; meals; mileage; parking |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DTE Energy* | A | Dividend | J | T | | | | | |
| 2. Trust #1 | G | Int./Div. | P2 | T | | | | | |
| 3. - Boeing* | | | | | | | | | |
| 4. - DCT Industrial Trust* | | | | | | | | | |
| 5. - Deere & Co* | | | | | | | | | |
| 6. - General Electric* | | | | | | | | | |
| 7. - Intel* | | | | | | | | | |
| 8. - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 9. - Motorola Solutions (MSI) | | | | | | | | | |
| 10. - Pepsico* | | | | | | | | | |
| 11. - Pennsylvania Mutual Fund | | | | | | | | | |
| 12. - US Bancorp Delaware New* | | | | | | | | | |
| 13. - Abbott Labs* | | | | | | | | | |
| 14. - AT&T* | | | | | | | | | |
| 15. - Atmos Energy* | | | | | | | | | |
| 16. - BP PLC* | | | | | | | | | |
| 17. - Cardinal Health Inc Ohio * | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Coca Cola* | | | | | | | | | |
| 19. - Eaton* | | | | | | | | | |
| 20. - Centurylink* | | | | | | | | | |
| 21. - HSBC Holding* | | | | | | | | | |
| 22. - JP Morgan Chase* | | | | | | | | | |
| 23. - Key Corp* | | | | | | | | | |
| 24. - McDonald's* | | | | | | | | | |
| 25. - Merck & Co* | | | | | | | | | |
| 26. - Royal Dutch Shell* | | | | | | | | | |
| 27. - Bristol-Myers Squibb* | | | | | | | | | |
| 28. - Conoco Philips* | | | | | | | | | |
| 29. - Colgate Palmolive* | | | | | | | | | |
| 30. - Conagra Foods* | | | | | | | | | |
| 31. - Du Pont E I DeNemours* | | | | | | | | | |
| 32. - HCP Inc. * | | | | | | | | | |
| 33. - Olin* | | | | | | | | | |
| 34. - Oracle* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Walgreen* | | | | | | | | | |
| 36.   - Blackrock National (Fund) | | | | | Sold | 06/06/13 | J | C | |
| 37.   - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 38.   - Sprint Nextel* | | | | | | | | | |
| 39.   - Stryker* | | | | | | | | | |
| 40.   - Windstream* | | | | | | | | | |
| 41.   - Wisconsin Energy* | | | | | | | | | |
| 42.   - 3 M* | | | | | | | | | |
| 43.   - Eaton Vance Tax (Fund) | | | | | | | | | |
| 44.   - Amgen* | | | | | | | | | |
| 45.   - Johnson & Johnson* | | | | | | | | | |
| 46.   - Microsoft* | | | | | | | | | |
| 47.   - American Electric Power* | | | | | | | | | |
| 48.   - Bob Evans Farms* | | | | | | | | | |
| 49.   - Citigroup* | | | | | | | | | |
| 50.   - Pfizer* | | | | | | | | | |
| 51.   - Travelers* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Teco Energy* | | | | | | | | | |
| 53. - Verizon Communications* | | | | | | | | | |
| 54. - Vanguard Ohio Tax-Free Fund | | | | | Sold | 06/13/13 | K | C | |
| 55. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 56. - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 57. - Waste Management* | | | | | | | | | |
| 58. - Real Estate Property No. 1 (Darke County, Ohio) | | | | | | | | | |
| 59. - Capital One (Accounts) | | | | | Redeemed | 12/13/13 | N | D | |
| 60. - Merrill Lynch (Accounts) | | | | | | | | | |
| 61. - Key Bank (Accounts) | | | | | | | | | |
| 62. - Nationwide Bank (Accounts) | | | | | Buy | 1/30/13 | M | | |
| 63. - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 64. - Marysville School District (Bond) | | | | | | | | | |
| 65. - Millcreek - West Unity School (Bond) | | | | | Redeemed | 12/02/13 | J | | |
| 66. - Toledo Sewer System (Bond) | | | | | Redeemed | 11/22/13 | J | | |
| 67. - Akron Economic Development (Bond) | | | | | Redeemed | 01/17/13 | J | | |
| 68. - Butler County (Bond) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Lakewood City School (Bond) | | | | | Redeemed | 12/02/13 | K | | |
| 70.  - Elida Local School (Bond) | | | | | | | | | |
| 71.  - Butler County Transportation (Bond) | | | | | | | | | |
| 72.  - Clorox | | | | | | | | | |
| 73.  - PPG | | | | | | | | | |
| 74.  - Q Com | | | | | | | | | |
| 75.  - VGT | | | | | | | | | |
| 76.  - VWO | | | | | | | | | |
| 77.  - Franklin High Yield (FRHIX) Fund | | | | | Sold | 11/12/13 | J | B | |
| 78.  - Legg Mason (STXAX) Fund | | | | | Sold | 11/12/13 | J | B | |
| 79.  - Apple | | | | | | | | | |
| 80.  - Gilead Science | | | | | Sold | 10/02/13 | J | A | |
| 81.  - Kroger | | | | | | | | | |
| 82.  - Proctor Gamble | | | | | | | | | |
| 83.  - Carefusion | | | | | | | | | |
| 84.  - NBH | | | | | | | | | |
| 85.  - ATOIX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - TGBAX | | | | | | | | | |
| 87. - LDLFX | | | | | | | | | |
| 88. - Montgomery County Ohio Rev (Bond) | | | | | | | | | |
| 89. - Ohio State Higher Education Fac. (Bond) | | | | | | | | | |
| 90. - Greene County Hosp. (Bond) | | | | | | | | | |
| 91. - Am. Mun. Power OH Rev (Bond) | | | | | | | | | |
| 92. - Frontier | | | | | | | | | |
| 93. - Banco Santander | | | | | | | | | |
| 94. - Diageo | | | | | | | | | |
| 95. - Kimberly Clark | | | | | | | | | |
| 96. - Monsanto | | | | | | | | | |
| 97. - Philip Morris | | | | | | | | | |
| 98. - Blackrock Build America Bond Fund | | | | | | | | | |
| 99. - Lord Abbett Floating Rate Fund | | | | | | | | | |
| 100. - Morgan Stanley Pfd. | | | | | | | | | |
| 101. - Bank One Cap. VI Pfd. | | | | | Redeemed | 05/08/13 | J | A | |
| 102. - Gabelli Utilities Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Barrick Gold | | | | | | | | | |
| 104.  - Berkshire Hathaway | | | | | | | | | |
| 105.  - Broadcom | | | | | | | | | |
| 106.  - Cisco | | | | | | | | | |
| 107.  - First Trust High Income | | | | | | | | | |
| 108.  - ING Infrastructure | | | | | | | | | |
| 109.  - Newmont Mining | | | | | | | | | |
| 110.  - Paychex | | | | | | | | | |
| 111.  - Petrobras | | | | | | | | | |
| 112.  - Telefonica | | | | | | | | | |
| 113.  - Teva | | | | | | | | | |
| 114.  - Vodafone | | | | | | | | | |
| 115.  - Doubleline Total Return | | | | | | | | | |
| 116.  - TCW Total Return | | | | | | | | | |
| 117.  - SPDR Nuveen S&P High | | | | | | | | | |
| 118.  - JP Morgan PFD | | | | | | | | | |
| 119.  - Philips 66 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Aegon PFD | | | | | | | | | |
| 121.  - SPDR Int (DWX) | | | | | | | | | |
| 122.  - DJIA Mitt (MLPHV) | | | | | | | | | |
| 123.  - Annaly Capital (NLY PRA) | | | | | Buy | 06/05/13 | J | | |
| 124.  - Apollo Investment (AIY) | | | | | Buy | 07/16/13 | J | | |
| 125.  - Protective Life Debenture (PL PRC) | | | | | Buy | 08/14/13 | J | | |
| 126.  - SPDS Int. ETF (DWX) | | | | | Buy | 06/21/13 | J | | |
| 127.  - Tortoise Energy (NDP) | | | | | Buy | 06/20/13 | J | | |
| 128.  - Abbvie (ABBV) | | | | | Spinoff (from line 13) | 01/07/13 | J | | |
| 129.  IRA #1 | D | Int./Div. | N | T | | | | | |
| 130.  - Calamos (CVTRX) | | | | | | | | | |
| 131.  - Gateway (GATEX) | | | | | | | | | |
| 132.  - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 133.  - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 134.  - Thomas McDonald Money Market Fund | | | | | | | | | |
| 135.  - I Shares Russell Midcap (IWS) | | | | | | | | | |
| 136.  - Growth Fund of America (GFAFX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Henderson European Focus (HFEAX) | | | | | | | | | |
| 138. - Thornburg International Value (TGVIX) | | | | | | | | | |
| 139. - Van Kampen Growth & Income (ACGMX) | | | | | | | | | |
| 140. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 141. - Dodge & Cox Income (DODIX) | | | | | Merged (with line 164) | 07/09/13 | J | | |
| 142. - Gabelli Utilities Fund (GABUX) | | | | | | | | | |
| 143. - Victory Portfolio (IPFIX) | | | | | | | | | |
| 144. - Franklin Microcap (FVRMX) | | | | | Buy | 02/15/13 | J | | |
| 145. IRA #2 | E | Int./Div. | N | T | | | | | |
| 146. - DFEOX | | | | | | | | | |
| 147. - DFITX | | | | | | | | | |
| 148. - DFREX | | | | | | | | | |
| 149. - DFLAX | | | | | | | | | |
| 150. - DFSHX | | | | | | | | | |
| 151. - Schwab (Account) | | | | | | | | | |
| 152. - DFQTX | | | | | | | | | |
| 153. - DFIEX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  IRA #3 | E | Int./Div. | P1 | T | | | | | |
| 155.  - Morgan Stanley & Co. | | | | | | | | | |
| 156.  - Microsoft (MSFT)* | | | | | | | | | |
| 157.  - I Shares S&P (PFF) | | | | | | | | | |
| 158.  - Gabelli Utilities (GAUAX) | | | | | | | | | |
| 159.  - First Trust High Income (FSD) | | | | | | | | | |
| 160.  IRA #4 | D | Dividend | M | T | | | | | |
| 161.  - Blackrock Build America (BBN) | | | | | | | | | |
| 162.  - Spider China ETF (GXC) | | | | | | | | | |
| 163.  - Vanguard Total Market EFT (VTI) | | | | | | | | | |
| 164.  - Dodge & Cox Income (DODIX) | | | | | | | | | |
| 165.  - Vanguard High Dividend (VYM) | | | | | | | | | |
| 166.  - First Trust High Income (FSD) | | | | | | | | | |
| 167.  - Vanguard Money Market (VMMXX) | | | | | | | | | |
| 168.  - Vanguard High Yield Corp (VWEHX) | | | | | | | | | |
| 169.  - SPDR Int Div (DWX) | | | | | | | | | |
| 170.  - Tortoise Energy (NDP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Natural Resource (NRP) | | | | | | | | | |
| 172. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 173. - TCW Return (TGLMX) | | | | | | | | | |
| 174. - VBIRX | | | | | | | | | |
| 175. - Annaly Capital (NLY) | | | | | Buy | 05/03/13 | J | | |
| 176. - Apollo Investment (AIY) | | | | | Buy | 07/03/13 | K | | |
| 177. - Verizon (VZ) | | | | | Buy | 02/20/13 | J | | |
| 178. - Vodafone (VOD) | | | | | Buy | 02/20/13 | J | | |
| 179. IRA #5 | A | Dividend | K | T | | | | | |
| 180. - Tortoise Energy (NDP) | | | | | | | | | |
| 181. - ING Infrastructure (IDE) | | | | | | | | | |
| 182. - Vanguard Money Market (VMMXX) | | | | | | | | | |
| 183. - Apollo Investment (AIY) | | | | | Buy | 08/16/13 | J | | |
| 184. John Hancock Venture | D | Dividend | M | T | | | | | |
| 185. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 186. US Savings Bonds | B | Interest | K | T | | | | | |
| 187. Citigroup (C)* | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 189. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 190. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |
| 191. Motorola Solutions (MSI) | A | Dividend | J | T | | | | | |
| 192. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 193. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 194. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 195. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 196. Huntington* | A | Dividend | J | T | | | | | |
| 197. Orbital (OBTEF)* | | None | J | T | | | | | |
| 198. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 199. Amgen (AMGN)* | | None | J | T | | | | | |
| 200. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 201. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 202. AT&T (T)* | A | Dividend | K | T | | | | | |
| 203. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |
| 204. Coca Cola (KO)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 206. Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 207. Intel (INTL)* | A | Dividend | J | T | | | | | |
| 208. KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 209. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 210. MPC | A | Dividend | J | T | | | | | |
| 211. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 212. Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 213. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 214. Goldman Sachs Fund (GHYAX) | A | Interest | | | Sold | 12/02/13 | J | | |
| 215. Blackrock Mun Intermediate Fund (MUI) | C | Interest | K | T | | | | | |
| 216. Blackrock Muniholdings Fund (MHD) | B | Interest | | | Sold | 06/06/13 | K | | |
| 217. Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 218. Diversified Credit Oppty Fund | B | Dividend | | | Sold | 08/16/13 | J | | |
| 219. CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 220. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 221. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 223. Lakewood City (Bond) | B | Interest | | | Redeemed | 12/02/13 | K | | |
| 224. Cedar Fair (FUN)* | C | Dividend | L | T | | | | | |
| 225. Deutsche Bank Pref Trust IX | B | Dividend | K | T | | | | | |
| 226. Eaton Vance Nat Mun Fund | A | Dividend | | | Sold | 11/22/13 | K | | |
| 227. Millcreek-West University Ohio (Bond) | A | Interest | | | Redeemed | 12/02/13 | J | | |
| 228. Nationwide Bank (Accounts) | C | Interest | N | T | | | | | |
| 229. Butler County (Bond) | B | Interest | K | T | | | | | |
| 230. Henderson International (HFOAX) Fund | A | Dividend | K | T | | | | | |
| 231. IXJ | A | Dividend | K | T | | | | | |
| 232. VGT | A | Dividend | J | T | | | | | |
| 233. VEU | A | Dividend | J | T | | | | | |
| 234. VOHXX | A | Dividend | K | T | | | | | |
| 235. VOHIX | C | Dividend | K | T | | | | | |
| 236. DFA US Core Equity (DFQTX) | B | Dividend | M | T | | | | | |
| 237. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 238. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Schwab (Account) (cash) | A | Interest | K | T | | | | | |
| 240. Bank of America (BAC) | A | Dividend | J | T | | | | | |
| 241. VGK | A | Dividend | J | T | | | | | |
| 242. Franklin High Yield Tax Free (FRHIX) Fund | A | Dividend | | | Sold | 12/03/13 | J | A | |
| 243. Legg Mason Municipal High (STXAX) Fund | A | Dividend | J | T | | | | | |
| 244. Ohio State Higher Ed (Bonds) | C | Interest | L | T | | | | | |
| 245. Montgomery County Ohio Rev (Bonds) | C | Interest | K | T | | | | | |
| 246. Greene County Ohio Hos. (Bonds) | B | Interest | L | T | | | | | |
| 247. ATOIX | D | Dividend | N | T | | | | | |
| 248. XLP | A | Dividend | J | T | | | | | |
| 249. Dexcom | | None | J | T | | | | | |
| 250. VFSTX | A | Dividend | J | T | | | | | |
| 251. Banco Santander (STD) | A | Dividend | J | T | | | | | |
| 252. Cisco (CISCO) | A | Dividend | J | T | | | | | |
| 253. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 254. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 255. Kroger (KR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Monsanto (MON) | A | Dividend | K | T | | | | | |
| 257. National Bank Greece (NBG) | | None | | | Sold | 12/31/13 | J | | |
| 258. Petroleo Brasileiro (PBR) | A | Dividend | J | T | | | | | |
| 259. Qualcomm (QCOM) | A | Dividend | K | T | | | | | |
| 260. Savient Pharmaceutical (SVNT) | | None | | | Sold | 10/18/13 | J | | |
| 261. Exelon (EXC) | B | Dividend | K | T | | | | | |
| 262. Peabody (BTU) | A | Dividend | J | T | | | | | |
| 263. Zipcar (ZIP) | | None | | | Sold | 03/15/13 | J | | |
| 264. Hewlett Pack (HPQ) | A | Dividend | | | Sold | 01/14/13 | J | A | |
| 265. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 266. Blackrock Build America Fund (BBN) | A | Dividend | K | T | | | | | |
| 267. Templeton Global Bond (TGBAX) | A | Dividend | J | T | | | | | |
| 268. Lord Abbott Short Dur. (LDLFX) | A | Dividend | K | T | | | | | |
| 269. Tortoise MLP Fund (NTG) | A | Dividend | J | T | | | | | |
| 270. Frontier (FTR) | A | Dividend | J | T | | | | | |
| 271. Abbott (ABT) | A | Dividend | J | T | | | | | |
| 272. Acme Packet (AKPT) | | None | | | Sold | 04/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Best Buy (BBY) | A | Dividend | | | Sold | 05/23/13 | J | | |
| 274. Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 275. Goldman Sachs (GS) | A | Dividend | | | Sold | 02/06/13 | J | B | |
| 276. Newmont Mining (NEM) | A | Dividend | K | T | | | | | |
| 277. ING Infra (IDE) | A | Dividend | J | T | | | | | |
| 278. Morgan Stanley PFD (MSK) | A | Dividend | J | T | | | | | |
| 279. Proctor Gamble (PG) | A | Dividend | J | T | | | | | |
| 280. Statoil (STO) | A | Dividend | J | T | | | | | |
| 281. Teva (TEVA) | A | Dividend | J | T | | | | | |
| 282. Transocean (RIG) | A | Dividend | J | T | | | | | |
| 283. First Trust (FSD) | A | Dividend | J | T | | | | | |
| 284. Berea Ohio School (Bond) | A | Interest | J | T | | | | | |
| 285. Gabelli Utilities (GABUX) | B | Dividend | K | T | | | | | |
| 286. Fifth Third Bank (Accounts) | E | Interest | | | Redeemed | 03/13/13 | K | | |
| 287. Key Bank (Accounts) | B | Interest | M | T | | | | | |
| 288. SB Financial Group fka Rurban Financial | | None | J | T | | | | | |
| 289. Abbvie (ABBV) | A | Dividend | J | T | Spinoff (from line 271) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 5/8/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Apple (AAPL) | A | Dividend | J | T | Buy | 04/17/13 | J | | |
| 291. Apache (APA) | A | Dividend | J | T | Buy | 04/16/13 | J | | |
| 292. Citrix (CTXS) | | None | J | T | Buy | 11/13/13 | J | | |
| 293. Rio Tinto (RIO) | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 294. Suncor (SU) | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 295. Windstream (WIN) | B | Dividend | J | T | Buy | 11/08/13 | J | | |
| 296. HCP Inc. (HCP) | A | Dividend | J | T | Buy | 06/20/13 | J | | |
| 297. Vanguard High Dividend (VYM) | A | Dividend | J | T | Buy | 06/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stock.

Trust #1 (Line 2) is an Aggregate Ownership Arrangement in which my ▨▨▨ is a beneficiary or trustee of ▨▨▨ trusts. Assets are itemized (Lines 3 - 128).

Deletions from 2012 Financial Disclosure Report

2012 FDR Line 63
Various Municipal Tax-Exempt Bonds
Unnecessary descripton (no value); bonds are listed separately

2012 FDR Lines 176-178
Moved to Lines 286-288 for ease of reporting

Ttransfers from IRA #1 to IRA #4

2012 FDR Line 134
Pennsylvania Mutual (PENNX)
Transferred to IRA #4 (now Line 172)

2012 FDR Line 146
TCW Return (TGLMX)
Transferred to IRA #4 (now Line 173)

2012 FDR Line 155
VBSSX / now known as VBIRX
Transferred to IRA #4 (now Line 174)

Additions to 2013 Financial Disclosure Report

Lines 62 (Nationwide Bank) and 123-128
Acquistions made to Trust #1

Lines 175-178
Acquisitions made to Trust #4

Line 183
Acquisition made to Trust #5

Lines 289-297
Spin-off / acquisitions made jointly or by ▨▨▨ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544